**Order entered September 19, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01416-CR
No. 05-16-01417-CR

**SUSAN GAY PRUITT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-82407-2014 & 380-82408-2014**

## ORDER

Before the Court is appellant's September 18, 2017 motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief received September 18, 2017 filed as of the date of this order.

/s/ LANA MYERS
   JUSTICE